IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AUSTIN C. BRAND<br><br>    Plaintiff,<br><br>v.<br><br>SNAKE RIVER DEPARTMENT<br>Of CORRECTIONS, *et al*<br><br>    Defendants. | Civ. No. 1:13-cv-0192-TC<br><br>ORDER |

MCSHANE, Judge:

Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 55), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude it is correct.

1 – OPINION AND ORDER

THEREFORE, IT IS HEREBY ORDERED that, Magistrate Judge Coffin's Findings and Recommendation (ECF No. 55) is adopted in its entirety. Accordingly, Defendant's Motion to Dismiss (ECF No. 53) is GRANTED and Plaintiff's in forma pauperis status is revoked, as set forth in Judge Coffin's Findings and Recommendation (ECF No. 55). The Clerk of the Court is ordered to enter a judgment dismissing this action with prejudice.

IT IS SO ORDERED.

DATED this 14th day of January, 2015.

                                                        **Michael J. McShane**
                                                        **United States District Judge**